# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>RICHARD PALOMO, an individual; and Does 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-09631-JAK-RAO<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS (DKT. 15)** |

    Based on a review of the Joint Stipulation For Dismissal With Prejudice Of All Defendants (the "Stipulation" (Dkt. 15), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own fees and costs.

Dated: June 15, 2021

                                                 John A. Kronstadt
                                                 United States District Judge